

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2018

No. 04-18-00728-CV

**IN THE INTEREST A.N.J.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02188
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Appellant prematurely filed a notice of appeal, which was deemed filed October 23, 2018. Accordingly, the reporter's record was due November 2, 2018. *See* TEX. R. APP. P. 26.1(b), 35.1(b). The record was not filed.

On November 8, 2018, the clerk of this court notified the court reporter, David Zarate, by letter that he is the reporter responsible for the record and that the record was late. Our letter required the record be filed by November 19, 2018. The record has not been filed and Mr. Zarate has not otherwise responded to the clerk's letter.

We therefore **order** the court reporter, David Zarate, to file the reporter's records by **December 5, 2018**. The court will not grant any further extension of time to file the record in the absence of a showing of extraordinary circumstances that prevent the timely filing of the record and reasonable assurance the record will be completed and filed by the requested extended deadline.

Because this is an appeal from the termination of parental rights, "the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary." TEX. R. APP. P. 28.4(b)(1). We further **order** the clerk of this court to serve a copy of this order on the trial court. *See* TEX .R. APP. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed").

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court